14 So.2d 910

**Ex parte W. H. MEEKS.**

**6 Div. 161.**

Supreme Court of Alabama.

June 29, 1943.

Walter S. Smith, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and BOULDIN, FOSTER, and LAWSON, JJ., concur.

14 So.2d 911

**Ex parte William Henry MEEKS, Jr.**

**6 Div. 162.**

Supreme Court of Alabama.

June 29, 1943.

Walter S. Smith, of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied.

GARDNER, C. J., and BOULDIN, FOSTER, and LAWSON, JJ., concur.

12 So.2d 868

**E. J. MILLER v. R. A. BROWN & CO.**

**6 Div. 1.**

Supreme Court of Alabama.

Nov. 24, 1942.

Chas. E. Wilder, of Helena, for appellant.

W. S. Pritchard and David R. Solomon, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

13 So.2d 895

**Marguerite MUDD v. Hill FERGUSON et al.**

**6 Div. 78.**

Supreme Court of Alabama.

April 12, 1943.

J. P. Mudd, of Birmingham, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.

14 So.2d 911

**Ex parte PIPER ICE CREAM CO. et al.**

**6 Div. 160.**

Supreme Court of Alabama.

June 19, 1943.

Roger F. Rice, of Birmingham, for petitioners.

PER CURIAM.

Rule nisi denied.